Rimkus Consulting Group, Inc.
4610 S. Ulster Street, Suite 120
Denver, CO 80237
(720) 488-8710 Telephone
(720) 488-8670 Facsimile

# Second Supplemental Report of Findings

**DAILEY ROOF INVESTIGATION**
**Claim No: 21400002172015**

**RCG File No: 01606375**

**Prepared For:**

**AUTO-OWNERS INSURANCE COMPANY**
**IN CARE OF**
**CATASTROPHE SPECIALISTS, INC.**
**2708 SUNSET STRIP, STE. D**
**GREENVILLE, TX 75402**

**Attention:**

**MR. GARY STEVENS**

COLORADO LICENSED STEVEN HOOK BOYD JR. 32934 PROFESSIONAL ENGINEER

Steven H Boyd Jr

Digitally signed by: Steven H Boyd Jr
DN: CN = Steven H Boyd Jr C = US O = IdenTrust ACES Business Representative OU = RIMKUS CONSULTING GROUP INC
Date: 2016.03.24 09:58:22 -07'00'

**Steven H. Boyd, Jr., P.E.**
**Colorado License #32934**
**Consultant**

March 24, 2016



**EXHIBIT 1-M**

## TABLE OF CONTENTS


I. Introduction .......... 1

II. Conclusions .......... 2

III. Discussion .......... 7

- General Description
- Interview
- Observations – North Building (Property)
- Observations – South Building (Structure)
- Analysis

IV. Basis of Report .......... 14

V. Attachments .......... 15

A. Photographs

B. EagleView – North Building (Property)

C. EagleView – South Building (Structure)

D. Curriculum Vitae




**EXHIBIT 1-M**

## Section I
## INTRODUCTION

On June 24, 2015, Mr. Tim Dailey (the Owner) reported hail damage to the roof coverings and roof-top mounted heating, ventilation, and air conditioning (HVAC) units at his commercial manufacturing facility located on 11380 Smith Road in Aurora, Colorado (the Property). A second building was located to the south of the Property (the Structure).

Rimkus Consulting Group, Inc. (Rimkus) was retained to inspect the roof coverings and HVAC units to determine the cause and the extent to damage. Responsive to that scope of work, Rimkus issued a **Report of Findings** dated September 30, 2015. Subsequent to that report, Rimkus was asked to inspect the HVAC units on an additional structure at the Property to determine the cause and extent of damage to those units. Responsive to that scope of work, Rimkus issued a **Supplemental Report of Findings** dated October 19, 2015. Subsequent to the issuance of the **Supplemental Report of Findings**, Rimkus was asked to re-inspect the Property and determine the cause and origin of the moisture intrusions into the Property itself as well as the additional structure to the south of the Property (the Structure). This **Second Supplemental Report of Findings** was reviewed by T. Scott Nunnery, Senior Consultant.

This report was prepared for the exclusive use of Catastrophe Specialists, Inc. and was not intended for any other purpose. Our report was based on the information available to us at this time, as described in the **Basis of Report**. Should additional information become available, we reserve the right to determine the impact, if any, the new information may have on our opinions and conclusions and to revise our opinions and conclusions if necessary and warranted.

## Section II
## CONCLUSIONS

Conclusions 1 through 15 in the September 30, 2015, **Report of Findings** remain unchanged and are restated below.

**HVAC Conclusions**

1. Each of the condensing coils on HVAC units 1 through 7, and unit 34 displayed damage consistent with damage caused by natural hail that flattened the fins on less than 10 percent of their total coil areas. These units also displayed damage that was not consistent with damage caused by natural hail that flattened the fins on less than 10 percent of their total coil areas. This percentage of flattened fin area was insufficient to adversely affect the performance of the units, though the condensing coils could be repaired by fin straightening if cosmetic repair was desired. The damage to these units that was consistent with that caused by natural hail was not consistent with hail that occurred at the Property in the time between May 23, 2014, and June 23, 2015.

2. Each of the condensing coils on HVAC units 8 through 13, 15, through 23, 28, 31, through 33, and 33A displayed damage consistent with damage caused by natural hail that flattened the fins on more than 75 percent of the total coil area. The damage was consistent with the size and direction of hail that occurred at the Property in the time between May 23, 2014, and June 23, 2015. The percentage of flattened fin area was sufficient to adversely affect the performance of the units. Many of the condenser coil fins on these units were brittle and torn. Due to the condition of the coil fins, it was unlikely that these units could be successfully repaired by fin straightening. Due to the age of these units, it was unlikely that replacement coils would be commercially available to repair these units. Replacement of these units would be required to repair the damage caused by hail.

3. The condensing coil fins on HVAC units 26 and 27 displayed damage consistent with damage caused by natural hail that flattened the fins on less than 10 percent of their respective coil areas. Each of these units also displayed damage that was not consistent with damage caused by natural hail that flattened the coil fins on less than 10 percent of the total coil area. This percentage of flattened fin area was insufficient to adversely affect the performance of the units. The condensing coil fins on these units were in otherwise good condition and would be good candidates for repair by fin straightening if cosmetic repair of the units was desired. The damage that was consistent with damage caused by natural hail to the east-facing coil exposures on units 26 and 27 occurred prior to May 23, 2014.

4. The condensing coil on HVAC unit 29 displayed damage consistent with damage caused by natural hail that flattened the fins on over 90 percent of the coil area. The damage was consistent with the size and direction of hail that occurred at the Property in the time between May 23, 2014, and June 23, 2015. The percentage of flattened fin area would be sufficient to adversely affect the performance of the unit. Many of the fins on unit 29 were torn. It was unlikely that the condensing coil fins on unit 29 could be successfully repaired by fin straightening. Replacement of the condensing coil would be required to repair the damage caused by hail. The unit was 12 years old at the time of the Rimkus inspection. A replacement condensing coil should be commercially available for this unit. The condition of unit 29 was consistent with the unit having been abandoned in place.

5. The condensing coil on HVAC unit 30A displayed damage consistent with damage caused by natural hail that flattened the fins on over 90 percent of the coil area. The damage was consistent with the size and direction of hail that occurred at the Property in the time between May 23, 2014, and June 23, 2015. Many of the coil fins on unit 30A were brittle and cracked. This unit would not be a good candidate for successful repair by fin straightening. Due to the age of the unit, it was unlikely that a replacement condensing coil would be commercially available; as such, the entire condensing unit would require replacement.

6. The condensing coil fins on HVAC unit 35 displayed damage consistent with damage caused by natural hail that flattened on more than 90 percent of the coil area. The damage was consistent with the size and direction of hail that occurred at the Property in the time between May 23, 2014, and June 23, 2015. The percentage of flattened fin area would be sufficient to adversely affect the performance if the unit was otherwise operational. It would be unlikely that unit 35 could be successfully and economically repaired by fin straightening. Replacement of the condensing coil would be required to repair the hail damage to the unit. At the time of the Rimkus inspection, unit 35 was approximately 11 years old, and a replacement condensing coil should be commercially available to repair the unit.

7. HVAC unit number 36 did not have a condenser coil, nor did it display any damage that was consistent with damage caused by natural hail. The condition of unit 36 was consistent with the unit having been abandoned in place for some time prior to the Rimkus inspection. Due to damage caused by neglect, the entire unit would require replacement.

8. The condensing coil on HVAC unit A displayed damage consistent with damage caused by natural hail that flattened the fins on approximately 50 to 60 percent of the coil area. This percentage of flattened fin area would be sufficient to adversely affect the performance of the unit. The condensing coil fins were in otherwise good condition, and this unit would be a good candidate for successful repair of the hail damage by fin straightening. The damage consistent with damage caused by natural hail on the east coil exposure occurred prior to May 23, 2014.

9. HVAC Unit B did not display any damage consistent with damage caused by natural hail. No repair of HVAC Unit B was necessary.

10. The condition of 27 of the 28, 1969 vintage Lennox units was consistent with the units having been abandoned in place. It was likely that many of the units had been incapable of operating for some time due to long term neglect and missing components. These units were beyond their serviceable life. These units should be

replaced because they are non-functional due to neglect and missing components, not because they were struck by hail.

**Roof Coverings Conclusions**

11. The single-ply roof coverings were damaged by hailstone impacts attributed to a hailstorm or storms that occurred during the Event Period.

12. The hailstone-impact damage to the single-ply roof coverings was generally isolated to the area along the base of the parapet walls on the roof.

13. The fiberboard underlayment under the roof coverings did not have any indentations consistent with hailstone impacts.

14. The repair of the hail damaged single-ply roof covering areas will not require the replacement of the entire single-ply roof coverings or trigger other additional code improvements.

15. The repair of the roof coverings can be accomplished per either of the following:

    A. Installation of an approved sealing tape for PVC or TPO roof coverings at the fractures along the parapet walls.

    B. Remove an approximately 24 inch wide strip of existing roof coverings along the parapet walls and install a new strip of roof coverings. The replacement coverings shall be sealed to the existing roof covering according to manufacturer's specifications.

Conclusions 16 through 19 in the October 19, 2015, **Supplemental Report of Findings** remain unchanged and are restated below.

16. Units 1S, 2S, 3S, and 7S were undamaged by hail.

17. The damage to the condensing coils of units 4S, 5S, and 6S was consistent with damage caused by natural hail.

18. The hail damage to unit 5S was insufficient to adversely affect the performance of the unit. The condensing coil fins were in otherwise good condition and this unit would be a good candidate for repair by fin straightening if cosmetic repair was desired.

19. The hail damage to units 4S and 6S was sufficient to adversely affect the performance of the units. The condensing coil fins on these units were in otherwise good condition and these units would be good candidates for successful repair by fin straightening.

Following the Rimkus re-inspection of the roof coverings at the Property and the Structure to the south on March 15, 2016, **Conclusions 19 and 22** have been added.

20. The origin of the water intrusion was precipitation.

21. Long-term deterioration, mechanical impacts, and deferred maintenance of the roof coverings caused the moisture intrusions in the Property.

22. Long-term deterioration, mechanical impacts, and deferred maintenance of the roof coverings caused the moisture intrusions in the Structure.

## Section III
## DISCUSSION

### General Description

The Property consisted of a one-story manufacturing facility with a multi-level, low-sloped roof. The roof coverings consisted of a single-ply roof (SPR) membrane. According to an Adams County Assessor property records search, the Property was originally constructed in 1969 and consisted of 69,471 square feet. For purposes of this report, the front elevation of the Property faced north towards Smith Road (**Photograph 1**). For purposes of this report, an EagleView roof plan has been included in **Attachment B** to describe locations of damage to the Property.

The Structure at the Property consisted of a one-story warehouse facility with a multi-level, low-sloped roof and which was covered with a SPR membrane and was located south of the Property. For purposes of this report, the front elevation of the Structure faced north towards Smith Road (**Photograph 2**). For purposes of this report, an EagleView roof plan has been included in **Attachment C** to describe locations of damage to the Structure.

### Interview

Mr. Buck Whatley, a roof technician with US General Company; Mr. Harvey Waters, the President of CJ Restoration; and Mr. Kevin Kelly with CJ Restoration, were present during the re-inspection on March 15, 2016, and shared the following information regarding the Property:

- CJ Restoration and US General had performed three core samples on the roof coverings of the Property and two core samples on the roof coverings of the Structure in the presence of Mr. Gary Stephens, an independent adjuster with Catastrophe Specialists, Inc., prior the Rimkus re-inspection on March 15, 2016.

- Moisture intrusions were present on the interior areas of the Property.

- Mr. Whatley and Mr. Waters could not remember if moisture was found during the core samples of the roof coverings of the Structure.

**Observations – North Building (Property)**

**Photographs 1 through 38** and descriptions of the observed conditions described below are representative and are not intended to include all observed conditions that may exist. Rimkus performed a site re-inspection on March 15, 2016 (the Inspection) and made the following observations:

- For the purpose of this report, the approximate locations of previous cores will be denoted as “PC”, approximate locations of the tears or gaps will be denoted as “T”, approximate locations of cores performed during the Inspection will be denoted as “C” and are shown on **Attachment B**.

- A quantity of two repaired roof cores, located approximately 3 feet in distance from each other, were observed in the northeast quadrant of the roof. This was one of the cores that CJ Restoration stated they had been performed prior to the Inspection. The cores were located near the bottom of the roof drainage swale of the roof coverings where evidence of ponding was observed (**Photograph 3**).

- Multiple triangular- and linear-shaped tears measuring as large as 4 inches in length of the SPR were observed within a 20-foot radius of the two repaired roof cores in the northeast quadrant of the roof. Green- and brown-colored organic matter was protruding from the tears in the roof (**Photographs 4 through 7**).

- Missing SPR was observed on the area surrounding a flue pipe penetration in the south-central roof area (**Photograph 8**).

- An elongated circular area of missing SPR as large as 3/8 inch wide was measured adjacent to the curb of an HVAC unit on the north-central roof area.

The multiple layers of the SPR were covered with grime and were dark in-color (**Photographs 9 and 10**).

- Triangular- and linear-shaped tears as large as 3 inches in width were observed in the SPR in the north-central roof area (**Photographs 11 and 12**).
- Linear-shaped tears were observed in the west-central roof area near the west elevation parapet wall adjacent to a roof-mounted sheet metal hood.
- On March 15, 2016, Mr. Boyd was present at the Property to witness the cutting of two core samples of the SPR roofing sample. Under the direction of Rimkus, a random location was chosen on the west central area of the Property roof and the following was observed:
    - The first core, approximately 12 inches wide by 9 inches long was cut and peeled back to inspect the condition of the roofing underlayment and the condition of the concealed underside of the SPR. The SPR was pliable and did not reveal any fractures when folded over (**Photograph 13**).
    - The surface of the roofing fiberboard underlayment under the SPR was visually and physically inspected. The roofing underlayment consisted of a textured surface with random bumps and depressions.
    - Tears or gaps in the SPR were not observed in the general vicinity of the core in the west central roof area.
    - Using a Tramex brand non-destructive moisture meter, the moisture level of the wood fiber roofing underlayment was measured to read 5% on Scale Number 1, which is used for wood and timber.
    - Staining was not observed on the concealed side of the SPR or the roofing underlayment.

- A second core, approximately 10 inches wide by 9 inches long was cut and peeled back to inspect the condition of the roofing underlayment and the condition of the concealed underside of the SPR. The SPR was pliable and did not reveal any fractures when folded over. The second core was located approximately 70 feet south of the first core.

- Suspected fungal growth and decayed and deteriorated roofing underlayment was observed under the SPR of the second core (**Photograph 14**).

- Linear fractures as large as 1/2 inch in length were observed at multiple locations within the SPR with a 3-foot-diameter radius of the second core. The edges of the fractures were covered in grime and were dark in-color (**Photographs 15 through 18**).

- Using a Tramex brand non-destructive moisture meter, the moisture level of the wood fiber roofing underlayment was measured to read 6% on Scale Number 1 which is used for wood and timber.

- Evidence of ponding was observed on the SPR approximately 5 feet in distance from the second core (**Photograph 19**).

**Observation – South Building (Structure)**

- For the purpose of this report the approximate locations of previous cores will be denoted as “PC” and approximate locations of the tears or gaps will be denoted as “T” and are shown on **Attachment C**.

- A City of Aurora building permit numbered 2015-1042815-000-00 LT was attached to the front door of the Structure and had a Job Address of 3555 North Moline (**Photograph 20**).

- There were four levels of the low-slope roof covered with SPR. Other areas of the roof where covered with metal roof panels. The low-slope roof was located

on the west, south central, north central, and the east areas of the building footprint.

- The roof was sloped from the north to the south towards a drip edge on the south elevation on the west, south central, and the east roof areas.

- Evidence of ponding was observed on the east, west, and south-central roof areas near the drip edge (**Photographs 21 through 23**).

- Circular, semi-circular, and linear fractures as large as 3/4 inch in length were observed on the unsupported SPR on the HVAC equipment curbs and roof parapets (**Photograph 24**).

- Torn SPR and missing flue piping was observed on two areas surrounding two flue pipe penetrations in the south-central roof area (**Photograph 25**).

- Tan and white in-color patches were observed in multiple locations on the SPR of the four low-slope roofs (**Photograph 26**).

- A circular area as large as 3/8 inch wide of missing SPR was measured adjacent to a roof-mounted exhaust fan curb on the south-central roof area. The multiple layers of the SPR were covered with grime and were dark in-color. Flue piping was observed lying on the SPR adjacent to HVAC unit (**Photographs 27 and 28**).

- A linear-shaped tear as long as 1 1/2 inches in length was observed near an HVAC unit on the western edge of the south-central roof (**Photographs 29 and 30**).

- A repaired core was observed approximately 50 feet from the south drip edge and 15 feet from the east parapet wall on the south central roof. This was one of the cores that CJ Restoration stated they had performed prior to the Inspection (**Photograph 31**).

- Gaps were observed between the SPR and a flue pipe that penetrated the roof approximately 20 feet north of the repaired core on the south-central roof (**Photograph 32**).

- A repaired core was observed approximately 50 feet from the south drip edge and 15 feet from the west parapet wall on the west roof. This was one of the cores that CJ Restoration stated they had performed prior to the Inspection (**Photograph 33**).

- Gaps were observed between the SPR and a flue pipe that penetrated the roof approximately 30 feet north of the repaired core on the west roof (**Photograph 34**).

- A linear-shaped tear as long as 1/2 inch in length was observed near an HVAC unit located at the northwest corner of the west roof. The edges of the tear were covered in grime and were dark in-color (**Photographs 35 and 36**).

- Linear tears of the SPR were observed in two locations on the north central roof. The edges of the tears were covered in grime and were dark in-color (**Photographs 37 and 38**).

**Analysis**

The Owner reported hail damage to the roof coverings that permitted moisture intrusions into his two commercial buildings. Core samples on the roof coverings of the both buildings were performed prior to and during the Rimkus Inspection on March 15, 2016. At the Property, two previous cored samples were located in the general vicinity of multiple triangular- and linear-shaped tears of the SPR. These tears had green and brown organic growth protruding from the tears. During the Inspection, staining and suspected fungal growth which would be consistent with a moisture intrusion was observed at the core sample that was adjacent to multiple linear fractures on the Property roof coverings. Core samples performed during previous Rimkus inspections revealed that the fractures in the SPR did not penetrate the entire thickness. The other

core sample did not have evidence of a moisture intrusion. At both buildings, the core samples that showed evidence of moisture intrusions were located in the general location of linear tears or gaps in the SPR. Core samples that did not show evidence of moisture intrusions were not located in the general location of linear tears or gaps in the SPR.

Linear fractures, triangular- and linear-shaped tears, missing SPR, and gaps between the SPR and flue piping were observed at multiple locations on the roof coverings of both the Property and Structure. Missing circular-shaped holes and triangular- and linear-shaped tears of the SPR are not consistent with damage caused by impacts from hailstones; however, they are consistent with mechanical impacts. Linear fractures of SPR that is resting on a supporting layer of roofing underlayment are not consistent with damage caused by impacts from hailstones. Circular-shaped fractures of the SPR, which would be consistent with impacts from hailstones, were not observed on the supported areas of the SPR roof coverings on either building.

Buildings, including roof coverings, require regular maintenance and repair to extend the useful lifespan and minimize unforeseen costs or damage. The organic growth, grime on the edges of the tears, decay, and deteriorated roof underlayment suggested the tears had been exposed to the elements for an extended period of time and would not be consistent with a roof that was maintained on a regular basis.

Based on the information provided, and the physical evidence observed on-site, Rimkus concluded:

20. The origin of the water intrusion was precipitation.

21. Long-term deterioration, mechanical impacts, and deferred maintenance of the roof coverings caused the moisture intrusions in the Property.

22. Long-term deterioration, mechanical impacts, and deferred maintenance of the roof coverings caused the moisture intrusions in the Structure.

## Section IV
## BASIS OF REPORT

1. Measurements, photographs, and field notes by Mr. Steven H. Boyd Jr., P.E., conducted during the re-inspection of the Property on March 15, 2016. Tools used during the inspection included a Tramex brand non-destructive moisture meter.

2. Rimkus **Report of Findings** dated September 30, 2015.

3. Rimkus **Supplemental Report of Finding** dated October 19, 2015.

4. EagleView Technologies report # 13436160 and #13444021 for the Property, provided via email by CJ Restoration and available at www.Eagleview.com.



**EXHIBIT 1-M**

## Section V
## ATTACHMENTS

A. Photographs

B. EagleView – North Building (Property)

C. EagleView – South Building (Structure)

D. Curriculum Vitae

**Section V**

**ATTACHMENT A**

# Photographs

Photographs taken during our inspection, which were not included in this report, were retained in our files and are available to you upon request.



**EXHIBIT 1-M**

**Photograph 1**
The front of the Property faced north.



**Photograph 2**
The front of the Structure faced north.



**Photograph 3**
Red arrows point to roof cores in northeast quadrant of the Property roof coverings and yellow area points to evidence of ponding.



**Photograph 4**
Red arrow points to northeast quadrant cores. Yellow arrows point to tears in SPR.





**EXHIBIT 1-M**

**Photograph 5**
Close-up view of triangular-shaped tear with green and brown organic matter.



**Photograph 6**
Close-up view of triangular-shaped tear with green and brown organic matter.





**EXHIBIT 1-M**

**Photograph 7**
Linear-shaped tear of SPR with green and brown organic matter.



**Photograph 8**
Red arrow points to missing SPR surrounding a flue pipe penetration.





**EXHIBIT 1-M**

**Photograph 9**
Red arrow points to missing elongated circular area of the SPR.



**Photograph 10**
Close-up photograph of missing SPR.



**Photograph 11**
Triangular-shaped tear in the SPR.



**Photograph 12**
Linear-shaped tear in the SPR.





**EXHIBIT 1-M**

**Photograph 13**
Concealed side of the SPR on the first core.



**Photograph 14**
Red arrow points to suspected fungal growth on the decayed and deteriorated roofing underlayment of the second core.





**EXHIBIT 1-M**

**Photograph 15**
Locations of linear-shaped fractures near the second core.



**Photograph 16**
Linear-shaped fracture of the SPR near the second core.






**EXHIBIT 1-M**

**Photograph 17**
Linear shaped fracture of the SPR near the second core.




**Photograph 18**
Linear-shaped fracture of the SPR near the second core.



**Photograph 19**
Red arrow points to evidence of ponding near the second core.



**Photograph 20**
Building permit attached to the front door of the Structure.



**Photograph 21**
Red arrow points to evidence of ponding on the south-central roof.



**Photograph 22**
Red arrow points to evidence of ponding on the west roof.





**EXHIBIT 1-M**

**Photograph 23**
Evidence of ponding on the east roof.



**Photograph 24**
Red arrow points to a typical fracture of the SPR observed on roof curbs and parapets.







**EXHIBIT 1-M**

**Photograph 25**
Red arrows point to missing flue pipe and torn SPR on the south-central roof.



**Photograph 26**
Tan and white in-color patches on the south-central roof.





**EXHIBIT 1-M**

**Photograph 27**
Red arrow points to the location of the missing SPR. Yellow arrow points to flue piping resting on the SPR adjacent to the roof-mounted exhaust fan.



**Photograph 28**
Close-up photograph of the missing SPR.






EXHIBIT 1-M

**Photograph 29**
Red arrow points to linear-shaped tear on the western edge of the south-central roof.



**Photograph 30**
Close-up view of linear-shaped tear at the western edge of the south-central roof.






**EXHIBIT 1-M**

**Photograph 31**
Red arrow points to repaired core on the south-central roof.



**Photograph 32**
Red arrow point to a gap at a flue pipe on the south-central roof.






**EXHIBIT 1-M**

**Photograph 33**
Red arrow points to the repaired core on the west roof.



**Photograph 34**
Red arrow points to gaps between the SPR and a flue pipe.





**EXHIBIT 1-M**

**Photograph 35**
Red arrow points to linear cuts adjacent to an HVAC unit in the northwest corner of the west roof.




**Photograph 36**
Close-up view of tear at the HVAC unit in the northwest corner of the west roof.





**EXHIBIT 1-M**

**Photograph 37**
Red arrow points to linear tears of north-central roof.



**Photograph 38**
Red arrow points to a close-up of one of the linear tears.



Section V

ATTACHMENT B

# EagleView – North Building (Property)



EXHIBIT 1-M

EAGLEVIEW TECHNOLOGIES

Premium Report
March 15, 2016

11380 Smith Rd, Aurora, CO 80010-1406 Report: 13436160

# PENETRATIONS NOTES DIAGRAM

Penetrations are labeled from smallest to largest for easy reference.

Total Penetrations = 166
Total Penetrations Perimeter = 2,003 ft

Total Penetrations Area = 2,588 sq ft
Total Roof Area Less Penetrations = 82,508 sq ft




Attachment B
Property

PC = Previous Cores
T = Tear
C = Cores Performed on 3/15/16

This document is provided under license by EagleView Technologies to the requestor for their Internal Use Only subject to the terms and conditions previously agreed to by the requestor when they registered for use of EagleView Technologies Services. It remains the property of EagleView Technologies and may be reproduced and distributed only within the requestor's company. Any reproduction or distribution to anyone outside of the requestor's company without EagleView's prior written permission is strictly prohibited. All aspects and handling of this report are subject to the Terms and Conditions previously agreed to by the requestor.

Copyright ©2008-2016 EagleView Technologies, Inc. – All Rights Reserved – Covered by U.S. Patent Nos. 8,078,436; 8,145,578; 8,170,840; 8,209,152; 8,515,125. Other Patents Pending.



Owners (Smith Rd)001036

EXHIBIT 1-M

Section V

ATTACHMENT C

# EagleView – South Building (Structure)

March 24, 2016
RCG File No. 01606375



EXHIBIT 1-M

EAGLEVIEW TECHNOLOGIES

Premium Report
March 17, 2016

11380 Smith Rd11380 Smith Rd, Aurora, CO 80010-1406 Report: 13444021

# AREA DIAGRAM

Total Area = 39,355 sq ft, with 9 facets.

Attachment C Structure




PC = Previous Core
T = Tear

Note: This diagram shows the square feet of each roof facet (rounded to the nearest foot). The total area in square feet, at the top of this page, is based on the non-rounded values of each roof facet (rounded to the nearest square foot after being totaled).

This document is provided under License by EagleView Technologies to the requestor for their Internal Use Only subject to the terms and conditions previously agreed to by the requestor when they registered for use of EagleView Technologies Services. It remains the property of EagleView Technologies and may be reproduced and distributed only within the requestor's company. Any reproduction or distribution to anyone outside of the requestor's company without EagleView's prior written permission is strictly prohibited. All aspects and handling of this report are subject to the Terms and Conditions previously agreed to by the requestor.

Copyright ©2008-2016 EagleView Technologies, Inc. – All Rights Reserved – Covered by U.S. Patent Nos. 8,078,436; 8,145,578; 8,170,840; 8,209,152; 8,515,125. Other Patents Pending.





**EXHIBIT 1-M**

**Section V**

**ATTACHMENT D**

# Curriculum Vitae

RIMKUS CONSULTING GROUP, INC.



**Steven H. Boyd Jr. P.E.**
**Consultant**

Mr. Steve Boyd, Jr. is a graduate from The University of Dayton where he earned a Bachelor of Science degree in Mechanical Engineering. He has a diverse background in General Contracting, Owner Representation, HVAC, Fire Sprinkler & Plumbing Design and construction for commercial, healthcare, industrial, retail, government, hospitality, educational and residential projects.

Mr. Boyd has extensive experience in all phases of conceptual planning, design and construction for a diverse mixture of projects. His experience as an Owner's Representative includes Contract Negotiation, Weather Events (Snow, Rain and Winter Conditions), Critical Path Scheduling Delays (Design Modifications, Scope Revisions, Change in Conditions, Project Acceleration, Sequencing, Overtime and stacking of manpower), Change Order/Claims Management and evaluation of Defective Work. Mr. Boyd was involved in pay application analysis, VE evaluation & recommendations, scope & proposal review, on-site management, submittal coordination and working with Local Building Departments.

Mr. Boyd ran a successful Commercial General Contracting firm in which he was responsible for estimating, bidding, sub-contractor scope, communication, coordination, budgets, site safety and quality control/assurance as well as operating a carpentry division. Mr. Boyd also managed installation of all systems to complete construction including foundations (caissons and cast-in place foundations), steel/wood framing construction, concrete flatwork, site grading & dewatering, high R-value insulation assemblies, building envelopes, windows, doors, roofing (Tile, Asphalt, Synthetic Shake, Metal and Rubber Membrane), drywall, interior ceiling grids, stucco (EFIS and Traditional), cement board and wood siding.

Mr. Boyd has a wide range of HVAC, Fire Sprinkler & Plumbing design and construction experience. He is experienced with air side systems (Constant Volume (CV), Variable Air Volume (VAV) and Multi-zone), hydronic systems (boiler plants, chiller plants, snowmelt systems and in-floor heat systems), plumbing systems (water, sewer and storm drainage) and fire sprinkler systems (wet, dry and glycol).

**EDUCATION AND PROFESSIONAL ASSOCIATIONS**

University of Dayton – Bachelor of Science Mechanical Engineering
Licensed Professional Engineer State of Colorado #32934





**EXHIBIT 1-M**